UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ASHLEY MALONE     PLAINTIFF

v.     CIVIL ACTION NO. 3:14-CV-00152-CRS

PORTFOLIO RECOVERY ASSOCIATES, LLC     DEFENDANT

## ORDER AND JUDGMENT

Therefore, motion having been made and for the reasons set forth by separate Memorandum Opinion, and the Court being otherwise sufficiently advised, **JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Ashley Malone and against Defendant Portfolio Recovery Associates, LLC, in the amount of $1001.00, along with an award of reasonable attorney's fees and costs.

**IT IS HEREBY ORDERED** that within twenty-one (21) days of the date of this order and judgment, Plaintiff will file and serve upon opposing counsel a petition for reasonable attorney's fees and costs, as well as any supporting documents. The petition must itemize and describe with specificity the fees and costs sought. Any fees and costs incurred after July 11, 2014, the date Defendant made the offer of judgment, will be deemed unreasonable. Defendant may file and serve upon opposing counsel any objection within fourteen (14) days of the service of the petition.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss for lack of subject matter jurisdiction (DN 20) is **GRANTED**, and the claims of the putative class are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Defendant's motion for leave to file supplemental

-2-

authority in support of its motion to dismiss (DN 29) is **GRANTED**.

There being no just reason for delay in its entry, this shall constitute the final judgment of the Court.

**IT IS SO ORDERED.**

August 6, 2015

**Charles R. Simpson III, Senior Judge**
**United States District Court**