# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

*FILED ELECTRONICALLY*

ASHLEY MALONE,

                Plaintiff,                **Case 3:14-CV-00152-CRS-JDM**

v.

PORTFOLIO RECOVERY                 **NOTICE OF SETTLEMENT**
ASSOCIATES, LLC,
                Defendant.
_____)

      Please take notice that Plaintiff, Ashley Malone, individually, has resolved this dispute with Defendant, Portfolio Recovery Associates, LLC. Within the next thirty to forty-five days, Plaintiff, individually, and Defendant anticipate filing a Joint Stipulation of Dismissal with Prejudice, which dismisses all of the Plaintiff's individual claims against Defendant, known or unknown, and which were asserted or which could have been asserted, in the above styled action.

      This the 31st day of May, 2018.

                                          Respectfully submitted,

                                          /s/ R. Brooks Herrick
                                          Joseph N. Tucker
                                          R. Brooks Herrick
                                          DINSMORE & SHOHL LLP
                                          101 South Fifth Street, Suite 2500
                                          Louisville, Kentucky 40202
                                          Phone: (502) 540-2300
                                          Fax: (502) 585-2207
                                          joseph.tucker@dinsmore.com
                                          brooks.herrick@dinsmore.com
                                          kirby.stephens@dinsmore.com
                                          *Counsel for Defendant, Portfolio Recovery*
                                          *Associates, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2018 the foregoing was filed electronically using the Court's CM/ECF system, which served an electronic copy upon the following:

James R. McKenzie
James R. McKenzie Attorney PLC
115 S. Sherrin Ave., Suite 5
Louisville, KY 40207
jmckenzie@jmckenzielaw.com

and

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Ave., Suite 5
Louisville, KY 40207
james@kyconsumerlaw.com
*Counsel for Plaintiff, Ashley Malone*

/s/ R. Brooks Herrick
*Counsel for Defendant, Portfolio Recovery Associates, LLC*

12981743v1