## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

ASHLEY MALONE,

                Plaintiff,                **Case 3:14-CV-00152-CRS-JDM**

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

                Defendant.
_____)

### **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Ashley Malone, and Defendant, Portfolio Recovery Associates, LLC, hereby jointly request that this Court dismiss, with prejudice, Plaintiff's individual claims against Defendant, Portfolio Recovery Associates, LLC, known or unknown, and which were asserted or which could have been asserted, in the above styled action. The parties shall bear their own costs and fees.

Dated: September 4, 2018                        Dated: September 4, 2018

/s/ James H. Lawson (w/ permission)        s/ R. Brooks Herrick
James H. Lawson, Esq.                        Joseph N. Tucker, Esq.
LAWSON AT LAW, PLLC                    R. Brooks Herrick, Esq.
115 S. Sherrin Ave., Suite 4                  DINSMORE & SHOHL LLP
Louisville, KY 40207                          101 S. Fifth St., Suite 2500
james@kyconsumerlaw.com                Louisville, KY 40202
                                                      joseph.tucker@dinsmore.com
James McKenzie                              brooks.herrick@dinsmore.com
James R. McKenzie Attorney, PLLC        *Counsel for Defendant*
115 S. Sherrin Ave., Suite 4
Louisville, KY 40207
jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on September 4, 2018 the foregoing was filed electronically using the Court's CM/ECF system, which served an electronic copy upon the following:

James R. McKenzie
James R. McKenzie Attorney PLC
115 S. Sherrin Ave., Suite 5
Louisville, KY 40207
jmckenzie@jmckenzielaw.com

and

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Ave., Suite 5
Louisville, KY 40207
james@kyconsumerlaw.com
*Counsel for Plaintiff, Ashley Malone*

            /s/ R. Brooks Herrick
            *Counsel for Defendant, Portfolio Recovery Associates, LLC*

13243536v1

2